| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CABN 228971)<br>Assistant United States Attorney |
| 4 | |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 6 | Telephone: (510) 788-3507<br>FAX: (510) 637-3680 |
| 7 | melanie.proctor@usdoj.gov |

Attorneys for the United States[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA GEHERAN and CHRISTOPHER GEHERAN,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATION AREA, et al.,<br><br>Defendant. | CASE NO. C 17-1383 KAW<br><br>**STIPULATION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT, AND TO EXTEND DATES IN CASE MANAGEMENT SCHEDULING ORDER [PROPOSED] ORDER AS MODIFIED**<br>Current Date: August 15, 2017<br>Proposed New Date: August 22, 2017<br>Time: 1:30 pm |

**STIPULATION**

Plaintiff filed this action on March 14, 2017, naming the Golden Gate National Recreation Area as Defendant. ECF 1. The United States is the only proper defendant in an action brought under the Federal Tort Claims Act, 28 U.S.C. § 2679(a); *Kennedy v. U.S. Postal Service*, 145 F.3d 1077, 1078 (9th Cir. 1998). Accordingly, the parties hereby stipulate to the substitution of the United States as defendant in this matter.

In addition, undersigned counsel for the United States is not available on August 15, 2017, the currently scheduled date for the case management conference. Accordingly, the parties hereby stipulate

---
[1] Although not named in the Complaint, the United States is the only proper defendant in an action brought under the Federal Tort Claims Act, 28 U.S.C. § 2679(a).

STIPULATION RE: NAMED DEFENDANT AND TO EXTEND CMC
C 17-1383 KAW

to extend the case management scheduling dates as follows:

        July 25, 2017:      Last day to:
- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- File ADR certification signed by parties and counsel;
- File either Stipulation to ADR process or notice of need for ADR phone conference.

        August 15, 2017:  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

        August 22, 2017:  INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:
3rd Floor
Ronald Dellums Federal Building
1301 Clay Street
Oakland, California 94612

DATED: June 26, 2017                            Respectfully submitted,

                                                 BRIAN J. STRETCH
                                                 United States Attorney

                                                 */s/ Melanie L. Proctor*
                                                 MELANIE L. PROCTOR*
                                                 Assistant United States Attorney
                                                 Attorneys for the United States

DATED: June 15, 2017                            WALKER, HAMILTON, KOENIG & BURBIDGE, LLP

                                              By:  /s/ Beau R. Burbidge
                                                   BEAU R. BURBIDGE
                                                   50 Francisco Street, Suite 460
                                                   San Francisco, California 94133-2117

                                                   Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

STIPULATION RE: NAMED DEFENDANT AND TO EXTEND CMC
C 17-1383 KAW

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED. |
| 3 | The United States is hereby substituted as Defendant in the place of the Golden Gate National |
| 4 | Recreation Area. |
| 5 | The case management schedule is hereby extended to the following dates: |

July 25, 2017: Last day to:
- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- File ADR certification signed by parties and counsel;
- File either Stipulation to ADR process or notice of need for ADR phone conference.

August 15, 2017: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

September 12, 2017: INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:
Courtroom 4, 3rd Floor
Ronald Dellums Federal Building
1301 Clay Street
Oakland, California 94612

Dated: 6/26/17

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION RE: NAMED DEFENDANT AND TO EXTEND CMC
C 17-1383 KAW