1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  DAVID A. PEREDA (CABN 237982)
   Assistant United States Attorney
4     1301 Clay Street
      Oakland, CA 94612
5     Telephone: (510) 637-3701
      FAX: (510) 637-3724
6     David.Pereda@usdoj.gov

7  Attorneys for Defendant
   United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA GEHERAN and CHRISTOPHER GEHERAN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>GOLDEN GATE NATIONAL RECREATION AREA, a public entity, and DOES 1-25,<br><br>　　　Defendant. | Case No.: C17-01383 KAW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE SETTLEMENT CONFERENCE** AS MODIFIED<br><br>Date: October 17, 2017<br>Time: 10:00 a.m.<br>Before: The Hon. Nandor J. Vadas |

STIPULATION AND PROPOSED ORDER
C17-01383 KAW

1

1     Pursuant to Civil L.R. 7-12, the parties, through their counsel, hereby stipulate as follows:

2     1.     On August 1, 2017, the Court referred this case to a Magistrate Judge for a Settlement Conference. ECF No. 21.

    2.     Two weeks later, a Settlement Conference with the Hon. Nandor J. Vandas was set for October 17, 2017. ECF No. 24.

    3.     On October 2, 2017, the case was reassigned to the undersigned Assistant United States Attorney ("AUSA"). The AUSA who was previously assigned to the case has departed the United States Attorney's Office.

    4.     The parties have lodged timely settlement conference statements.

    5.     As a result of the case reassignment and the government's desire to evaluate information exchanged through the parties' statements, the parties agree that a ninety-day continuance of the Settlement Conference is appropriate and thus respectfully request that the Court grant such a continuance.

DATED: October 11, 2017                        Respectfully submitted,

                                             BRIAN J. STRETCH
                                             United States Attorney

                                             /s/ *David Pereda*
                                             DAVID PEREDA
                                             Assistant United States Attorney
                                             Attorney for Defendant

                                             WALKER, HAMILTON, KOENIG &
                                             BURBIDGE, LLP

                                             /s/ *Beau R. Burbidge*\*
                                             BEAU R. BURBIDGE
                                             Attorney for Plaintiff

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

STIPULATION AND PROPOSED ORDER
C17-01383 KAW

**[PROPOSED] ORDER** AS MODIFIED

The Settlement Conference currently scheduled for October 17, 2017, is VACATED and will be rescheduled for a date within ninety days. Additionally, the Case Management Conference scheduled for November 7, 2017 is continued to January 23, 2018. Case Management statement is due by January 16, 2018.

IT IS SO ORDERED.

Dated: 10/12/17

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
C17-01383 KAW