Beau R. Burbidge (SBN 267267)
Walter H. Walker, III (SBN 63117)
WALKER, HAMILTON, KOENIG & BURBIDGE, LLP
50 Francisco Street, Suite 460
San Francisco, CA 94133-2117
Telephone: (415) 986-3339
Facsimile: (415) 986-1618

David M. Zeff (SBN 63289)
Law Office of David M. Zeff
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 923-1380
Facsimile: (415) 923-1382

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA GEHERAN and CHRISTOPHER GEHERAN, individually, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN GATE NATIONAL RECREATION AREA, a public entity, and DOES 1-25, <br><br> Defendants. | Case No. 3:17-cv-01383-KAW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE SETTLEMENT CONFERENCE AS MODIFIED** |

Pursuant to Civil L.R. 7-12, the parties, through their counsel, hereby stipulate as follows:

1. On October 12, 2017, the Court granted the parties' previous stipulation to continue the settlement conference in his matter, which was necessitated because new counsel had been assigned to handle the case for the defense.

2. Per the Court's order, the settlement conference was to be completed by January 10, 2018.

3. Also per the Court's order, a settlement scheduling conference was held before Judge Robert M. Illman on November 7, 2017. Judge Illman had no availability for a settlement

conference in January and therefore one was scheduled for February 23, 2018.

4. Due to a previously unknown unavailability, plaintiffs will be unable to attend the February 23, 2018, settlement conference as scheduled. They have thus sought to reschedule the settlement conference, but cannot do so without leave of this Court because of the January 10, 2018, settlement conference completion date.

5. The parties therefore request that this Court continue the settlement conference completion date in this matter to April 30, 2018, so that the parties may reschedule the settlement conference, taking into consideration Judge Illman's limited availability in San Francisco.

DATED: December 5, 2017   Respectfully submitted,

WALKER, HAMILTON, KOENIG & BURBIDGE, LLP

 /s/ Beau R. Burbidge
BEAU R. BURBIDGE
Attorney for Plaintiff


BRIAN J. STRETCH
United States Attorney

 /s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney
Attorney for Defendant

**[~~PROPOSED~~] ORDER AS MODIFIED**

The deadline to complete the Settlement Conference is continued to April 30, 2018.

IT IS SO ORDERED.

Dated: 12/11/17

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge