UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GEHERAN, ET AL., <br> Plaintiffs, <br> v. <br> GOLDEN GATE NATIONAL RECREATION AREA, et al., <br> Defendants. | Case No. 4:17-cv-01383-KAW <br><br> **ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 41 |

On April 19, 2018, the parties participated in a settlement conference where the case settled. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference scheduled for May 29, 2018 is continued to July 17, 2018. The joint case management statement is due by July 10, 2018.

IT IS SO ORDERED.

Dated: April 24, 2018

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge