Beau R. Burbidge (SBN 267267)
Walter H. Walker, III (SBN 63117)
WALKER, HAMILTON, KOENIG & BURBIDGE, LLP
50 Francisco Street, Suite 460
San Francisco, CA  94133-2117
Telephone: (415) 986-3339
Facsimile: (415) 986-1618

David M. Zeff (SBN 63289)
Law Office of David M. Zeff
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 923-1380
Facsimile: (415) 923-1382

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA GEHERAN and CHRISTOPHER GEHERAN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATION AREA, a public entity, and DOES 1-25,<br><br>Defendants. | Case No. 3:17-cv-01383-KAW<br><br>**REQUEST FOR DISMISSAL; [PROPOSED] ORDER** |

Pursuant to the terms of the parties' settlement reached at the April 19, 2018, settlement conference in this matter, which terms have now been fulfilled; pursuant to this Court's order of April 24, 2018, (Docket No. 42); and pursuant to Federal Rule of Civil Procedure 42(b), plaintiffs CHRISTINA GEHERAN and CHRISTOPHER GEHERAN hereby request that the Court dismiss this action with prejudice.  Pursuant to the parties' settlement, each party is to bear its own costs and attorneys' fees.

///

///

///

1 | DATED: June 19, 2018           WALKER, HAMILTON, KOENIG & BURBIDGE, LLP

By:    /s/ Beau R. Burbidge
         Beau R. Burbidge
         Attorneys for Plaintiffs Christina Geheran
         and Christopher Geheran

### [PROPOSED] ORDER

Plaintiffs' request for dismissal is granted and the entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 20, 2018          By: *Kandis Westmore*
                                             KANDIS A. WESTMORE
                                             United States Magistrate Judge